UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD PETRETTA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN SILBERMANN, et al.,<br><br>Defendants. | Case No. 21-cv-05385-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William H. Alsup to determine whether it is related to *In re Pinterest Derivative Litigation al.*, Case No. 20-cv-08331-WHA.

**IT IS SO ORDERED**.

Dated: July 15, 2021

SALLIE KIM
United States Magistrate Judge